IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV32-1-C
3:05CR405-C

| | |
|---|---|
| MARK ROBERT McGOVERN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed January 23, 2007.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED that** no later than forty (40) days from the filing of this Order the United States Attorney shall file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence detailing Petitioner's allegations and responding to each.

Signed: January 24, 2007

Robert J. Conrad, Jr.
Chief United States District Judge