# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Mark Robert McGovern,

      Petitioner,

vs.

United States of America,

      Respondent.

JUDGMENT IN A CIVIL CASE

3:07-CV-32
(3:05cr405)

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/21/2008 Order.

Signed: April 21, 2008

_____

Frank G. Johns, Clerk
United States District Court